[No. 18841-8-III. Division Three. August 10, 2000.]

RICHARD CECIL, JR., ET AL., *Appellants*, v. COUNTRY RIDGE HOMEOWNERS ASSOCIATION, INC., ET AL., *Respondents*.

Appeal from judgments of the Superior Court for Benton County, No. 96-2-01746-6, Dennis D. Yule and Philip M. Raekes, JJ., entered August 9 and October 14, 1999. *Affirmed* by unpublished opinion per Schultheis, J., concurred in by Brown, A.C.J., and Sweeney, J.

[No. 24091-2-II. Division Two. August 18, 2000.]

*In the Matter of the Estate of* CLARENCE LESTER PETERSON. BETTY P. IANICELLI, ET AL., *Appellants*, v. VICKIE PETERSON, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Thurston County, No. 97-4-00502-1, Daniel J. Berschauer, J., entered January 8, 1999. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Armstrong, C.J., and Bridgewater, J. Now published at 102 Wn. App. 456.

[No. 24165-0-II. Division Two. August 18, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. JEREMY JOHN LEMONDS, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 98-1-00900-1, James E. Warme, J., entered December 15, 1998. *Affirmed* by unpublished opinion per Armstrong, C.J., concurred in by Morgan and Seinfeld, JJ.